JS 44
(Rev. 12/96)

# CIVIL COVER SHEET

B-01-146

The JS—44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as re by law, except as provided by local rules of court. This form, ~~approved by~~ the Judicial Conference of the United States in September 1974, is required for t of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

FILED
Southern District of Texas

## I. (a) PLAINTIFFS

CAMERON COUNTY, TEXAS

AUG 3 0 2001

Michael N. Milby
Clerk of Court

**DEFENDANTS**

FIRST NATIONAL BANK OF EDINBURG

United States District C.
Southern District of Te...
FILED

AUG 3 0 2001

Michael N. Milby
Clerk of Court

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF    Cameron
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT

(IN U.S. PLAINTIFF CASES ONLY)

NOTE.   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
TRACT OF LAND INVOLVED.

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Richard O. Burst/Dylbia L. Jefferies
Civil Legal Dept. Commissioners Court
964 East Harrison Street
Brownsville, TX 78520   (956) 550-1345

ATTORNEYS (IF KNOWN)
Norton A. Colvin, Jr.
Rodriguez, Colvin & Chaney, LLP
P. O. Box 2155
Brownsville, TX 78522   (956) 542-7441

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)

☐ 1 U.S. Government
Plaintiff

☒ 3 Federal Question
(U.S. Government Not a Party)

☐ 2 U.S. Government
Defendant

☐ 4 Diversity
(Indicate Citizenship of Parties
in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PL...
(For Diversity Cases Only)                                    AND ONE BOX FOR DEFENDANT)

|  | PTF | DEF |  | PTF |  |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ |

## IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

☐ 1 Original
Proceeding

☒ 2 Removed from
State Court

☐ 3 Remanded from
Appellate Court

☐ 4 Reinstated or
Reopened

Transferred from
☐ 5 another district
(specify)

☐ 6 Multidistrict
Litigation

Appeal to Dis'
Judge from
☐ 7 Magistrate
Judgment

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury — Med. Malpractice | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 423 Withdrawal 28 USC 157 | ☒ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury — Product Liability | ☐ 630 Liquor Laws | | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | PROPERTY RIGHTS | ☐ 460 Deportation |
| ☐ 151 Medicare Act | | | ☐ 650 Airline Regs. | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine | PERSONAL PROPERTY | ☐ 660 Occupational Safety/Health | ☐ 830 Patent | ☐ 810 Selective Service |
| | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 690 Other | ☐ 840 Trademark | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | | | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | LABOR | SOCIAL SECURITY | ☐ 891 Agricultural Acts |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 893 Environmental Matters |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | | ☐ 863 DIWC/DIWW (405(g)) | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | HABEAS CORPUS: | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 900 Appeal of Fee Determination Under Equal Access to ... |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | FEDERAL TAX SUITS | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 890 Other Statutory Actions |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS — Third Party 26 USC 7609 | |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |

## VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

Civil action for damages allegedly sustained by deposit of county funds in bank

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION
UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint

JURY DEMAND:  ☐ YES   ☐ NO

## VIII. RELATED CASE(S) IF ANY (See instructions):

JUDGE                                    DOCKET NUMBER

DATE
8/30/01

SIGNATURE OF ATTORNEY OF RECORD
Norton A. Colvin
w/ permission
McPherson

FOR OFFICE USE ONLY

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____

United States District Court
Southern District of Texas
FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

AUG 3 0 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| CAMERON COUNTY, TEXAS | * | |
| | * | **B - 01 - 146** |
| VS. | * | **CIVIL ACTION NO. _____** |
| | * | |
| FIRST NATIONAL BANK OF EDINBURG | * | |

## NOTICE OF REMOVAL

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW FIRST NATIONAL BANK OF EDINBURG, Defendant in the above entitled and numbered cause, and files this its Notice of Removal of the present cause from the 404th Judicial District Court of Cameron County, Texas, in which it is now pending, to the United States District Court for the Southern District of Texas, Brownsville Division, showing the Court as follows:

1.     This cause was commenced in the 404th Judicial District Court, Cameron County, Texas on August 8, 2001, when Plaintiff's Original Petition was filed in Cause Number 2001-08-3600-G. A copy of Plaintiff's Original Petition is attached hereto and incorporated herein for all purposes to this Notice of Removal.

2.     Defendant First National Bank of Edinburg was served with a copy of the Plaintiff's Original Petition on August 9, 2001. A copy of the Citation served on Defendant indicating date of service is attached hereto and incorporated herein for all purposes.

3.     This is a civil action in which Plaintiff seeks to recover interest on the County's deposits at First National Bank of Edinburg from July 2, 2001 to the closing of the accounts. Over ten of the accounts identified by Plaintiff as accounts on which this lawsuit is based involve toll bridges containing international funds.

4.     Defendant would show that the above described action is one in which this Court has original subject matter jurisdiction under the provisions of 12 U.S.C. §632, which states that "all suits of a civil nature at common law or in equity to which any

CMXPDF - www.fasiso.com

corporation organized under the laws of the United States shall be a party, arising out of transactions involving international or foreign banking, . . . or out of other international or foreign financial operations, . . . shall be deemed to arise under the laws of the United States, and the district courts of the United States shall have original jurisdiction of all such suits, and any defendant in any such suit may, at any time before the trial thereof, remove such suits from a State court into the district court of the United States for the proper district by following the procedure for the removal of causes otherwise provided by law." Because this cause of action involves transactions which involve international or foreign financial operations, removal is proper pursuant to the provisions of 28 U.S.C. §1441(b), as this is a civil action where this Court has original jurisdiction and is founded on claims arising under the Constitution and the laws of the United States.

5.    Defendant would further show the Court that Plaintiff's Original Petition seeks unspecified damages; however, based on the allegations and damages alleged in Plaintiff's pleadings, Plaintiff is seeking to recover from Defendant damages in excess of $75,000.00.

6.    Upon filing of this Notice of Removal of this cause, written notice of the filing by petitioners to Plaintiff and its counsel has been provided as required by law.  A copy of this notice is also being filed with the Clerk of the State Court in which this cause was originally filed.

7.    This Notice of Removal is timely filed in accordance with 28 U.S.C. §1446(b), in that it is filed within thirty (30) days of receipt of Plaintiff's Original Petition on Defendant and within one year of the filing of the lawsuit.

8.    Defendant hereby requests a trial by jury.

WHEREFORE, PREMISES CONSIDERED, Petitioner prays for removal of the above entitled and numbered cause from the 404th Judicial District Court of Cameron County, Texas to this Honorable Court.

...

Respectfully submitted,

RODRIGUEZ, COLVIN & CHANEY, L.L.P.


By: _____
     Norton A. Colvin, Jr.
    Attorney-in-Charge
    State Bar No. 04632100
    Federal Admissions No. 1941
    1201 East Van Buren
    Post Office Box 2155
    Brownsville, Texas 78522
    (956) 542-7441
    Fax (956) 541-2170

ATTORNEYS FOR DEFENDANT,
FIRST NATIONAL BANK OF EDINBURG


CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of Notice of Removal was served upon all counsel of record, to-wit:

        Richard O. Burst
        Dylbia L. Jefferies
        Civil Legal Department Commissioners Court
        964 East Harrison
        Brownsville, Texas 78520
        Attorneys for Plaintiff

by certified mail, return receipt requested, hand delivery, and/or facsimile transmission pursuant to the Federal Rules of Civil Procedure, on this the 30th day of August, 2001.


_____
Norton A. Colvin, Jr.

```
RUN DATE 08/29/01                                                          PAGE: 01
RUN TIME  3:49 PM                                                          2001-08-003600-G

                  *    *    *    C L E R K ' S   E N T R I E S   *    *    *

                          00407202                                (06)              08  08  01
CAMERON COUNTY, TEXAS     HON. RICHARD BURST
                          964 E. HARRISON ST.
                          BROWNSVILLE, TX        78520 0000
         VS                                              BREACH OF CONTRACT

                          00001401
FIRST NATIONAL BANK OF    HON. NORTON A. COLVIN, JR.                                30.00
EDINBURG                  P.O. BOX 2155
                          BROWNSVILLE, TX.       78520 0000
                                                                          RODRIGUEZ,
                                                                          COLVIN & CHANEY

                          08/08/01 ORIGINAL PETITION FILED
                          08/08/01 CITATION: FIRST NATIONAL BANK OF
                                   EDINBURG
                          08/08/01        SERVED: 08/09/01   FILED: 08/10/01
                          08/29/01 ORIGINAL ANSWER: FIRST NATIONAL BANK
                                   OF EDINBURG
                          08/29/01 JURY FEE: Pd. by HON. NORTON A.
                                   COLVIN, JR.
```

CAUSE NO. _2001 - 08 -3600 - G_

| | | |
|---|---|---|
| CAMERON COUNTY, TEXAS, | § | IN THE DISTRICT COURT |
| Plaintiff, | § | |
| | § | |
| v. | § | CAMERON COUNTY, TEXAS |
| | § | |
| FIRST NATIONAL BANK OF EDINBURG, | § | _404_ JUDICIAL DISTRICT |
| Defendant. | § | |

<u>ORIGINAL PETITION</u>

FILED _2/5_ O'CLOCK _A_ M
AURORA DE LA GARZA DIST. CLERK
AUG 08 2001
DISTRICT COURT OF CAMERON COUNTY, TEXAS
_____ DEPUTY

For its petition against Defendant, Plaintiff states:

<u>I. Discover Control Plan</u>

1.     Plaintiff intends to conduct discovery under Level 2 of Rule 190, TRCP.

<u>II. Parties</u>

2.     Plaintiff, Cameron County, Texas, "County" is a Texas County, operating out of the

County Administrative Building, 964 E. Harrison St., Brownsville, Texas 78520.

3.     Defendant, First National Bank of Edinburg, "Bank" is a banking organization doing

business in the State of Texas and may be served by serving its Chief Financial Officer, Saul

Ortega, 100 W. Cano, Edinburg, Texas 78540, or other officer or director.

<u>III. Venue</u>

4.     Venue is proper in Cameron County because the signature card depository contracts were

to be performed in Cameron County, Texas.

<u>IV Facts</u>

5.     This is a suit for interest on County's deposits with Bank from July 2, 2001 to the date of

closing for each account referenced in Exhibit "A". The signature card agreements for the

accounts on Exhibit "A" are either public fund NOW or public fund money market accounts as

1

indicated on Exhibit "A". The Bank's published interest rate for public fund is 4.00% as of July 27, 2001. (See, Exhibit "B" which is attached and incorporated in this Petition; it is the Bank's July 27, 2001 Rate Sheet.

6.     From time to time, in 1999, 2000, and 2001, the County opened accounts with Bank. (Exhibit "A" is attached and incorporated in this Petition; it is a list of accounts that were open during the period pertinent to this law suit.) For each such account authorized a corresponding signature card was signed on a form provided by Bank. Each signature card is an agreement between County and Bank.

7.     Bank's form signature card states: "We may permit some variations from this standard agreement, but any such variations must be agreed to in writing either on our signature card for the account or in some other written form." During the period pertinent to this law suit there were no other agreements between County and Bank.

8.     Bank's form signature card states: "From time to time we may amend any term of this agreement upon giving you reasonable notice [reasonable notice in this case is thirty days by law] in writing or by any other method permitted by law, including, in appropriate circumstances, posting notice in our building." Bank did not give County "reasonable notice" that they were changing County's interest bearing accounts to non interest bearing accounts.

9     Bank's form signature card states: "We may also close this account balance personally upon reasonable notice to you and tender of the account balance personally or by mail." Bank did not tender the County's account balances personally or by mail.

10.    Each account, excepting some grant accounts, was an interest bearing account.

11.    On Friday, June 29th, 2001, at approximately 4:00 p.m., the Chief Executive Officer for

2

Bank, Saul Ortega, attempted notice by facsimile to change the referenced accounts to non interest bearing accounts. The notice was not sent to the County Judge, Administrative Head of the County Government. The County Judge did not receive knowledge of this change of position by the Bank until substantially later and in fact has never received written notice from the Bank's Chief Executive. The notice was not sent thirty days in advance of the change from an interest bearing account to a non interest bearing account.

12.     The County was harmed by this lack of reasonable notice because the County could and in fact did withdraw approximately all but 7% of its funds within thirty days of the attempted notice. On Friday June 29, 2001, the County had approximately $57,325, 378 on deposit at the First National Bank of Edinburg. By July 31, 2001, the County had withdrawn all but approximately $3,512.137 from the First National Bank of Edinburg.

13.     Each of the referenced accounts are without a maturity date. The Bank by letter and by statements of account provided County has denied liability for interest. Bank has breached its signature card agreements with County.

14.     In addition to the signature card agreements, until June 29, 2001, County and Bank had another written Depository Contract which had a fixed rate of 4.25% for NOW accounts and a variable rate for money market accounts. County received a letter from Bank dated June 25, 2001, recognizing the end of such contract, and specifying that thereafter County would be "subject to normal banking service charges." It did not specify that the funds would be non interest bearing. At this time, the Bank through its Executive Officer at its Brownsville, Texas, branch, advised County that it would continue to pay interest on the County's funds until the County transferred the funds to Lone Star Bank.

3

## V. Causes of Action

15      Breach of contract. Bank's change of interest bearing accounts to non interest bearing accounts without reasonable notice is a breach of the signature card agreements between County and Bank. Bank's breach has injured County in the amount of interest not paid by Bank on County funds on deposit from July 2, 2001 to the date of withdrawal.

16      In the alternative County pleads for recovery under the doctrine of quantum meruit. Bank did not tender, either personally or by mail the balance of County Accounts, but continued to use County's funds for its banking purposes without paying interest to the County on such funds.

17      In the alternative County pleads for recovery under the doctrine of negligent misrepresentation. The representation by an officer of the Bank's Brownsville Branch to County that it would continue to pay interest on County funds until such funds were transferred to Lone Star Bank was relied on by County. Bank did not exercise reasonable care or competence in communicating such information to County, and the County justifiably relied on the representation that it would continue to receive interest on its funds until transferred. Bank's negligent misrepresentation caused County to be secure in its belief that the First National Bank of Edinburg would continue paying interest on County funds until all funds were transferred. County was injured by such reliance in the amount of lost interest for July 2001.

## VI Attorney's Fees

18      As a result of Plaintiff conduct Plaintiff is entitled to recover its attorney's fees under Texas CP&R, Code 38, in an amount that is reasonable for services rendered and to be rendered.

## VII. Conditions Precedent

19.      All conditions precedent have been performed or have occurred as required by the Texas

Rule of Civil Procedure 54.

## VIII.  Prayer

20.    For these reasons, Plaintiff asks that Defendant be cited to appear and answer and that

Plaintiff have judgment against Defendant for the following:

20.1    Damages within the jurisdiction limits of this court.

20.2    Attorney fees.

20.3    Prejudgment and post-judgment interest as allowed by law.

20.4    Costs of suit.

20.5    All other relief, in law and in equity, to which Plaintiff may be entitled.

Respectfully submitted,

CIVIL LEGAL DEPARTMENT
COMMISSIONERS COURT
964 East Harrison Street
Brownsville, Texas  78520
Telephone:  (956) 550-1345
Facsimile:  (956) 550-1348

BY:

Richard O. Burst
Attorney In Charge
Texas State Bar #00785586

Dylbia L. Jefferies
Of Counsel
Texas State Bar #00786516

5

# EXHIBIT "A"

| ACCOUNT NAME | NOW ACCT | MONEY MGMT STATUS |
|---|---|---|
| 1995 CO SERIES 1995 | 0080002889 | |
| PROMJECT ROAD MAP | 0080002897 | |
| CAPITAL PROJECT | 0080002900 | |
| JAIL CAPITAL IMPROVEMENTS | 0080002919 | |
| GENERAL FUND | 0080002935 | |
| INTERNAL SERVICES | 0080002978 | |
| FEDERAL TASK FORCE | 0080002641 | |
| JUDICIAL COURTHOUSE SECURITY | 0080002676 | |
| SPECIAL ROAD & BRIDGE | 0080002692 | |
| LATERAL ROAD | 0080002706 | |
| LIBRARY | 0080002714 | |
| OTHER GOVERNMENTAL ELECTIONS | 0080002722 | |
| LOCAL LAW ENFORCEMENT BLOCK GRANT | 0080002730 | |
| UNITED NARCOTICS INTELLIGENCE TASK FORCE | 0080002773 | |
| IMMUNIZATION ACTION PLAN | 0080002803 | |
| TUBERCULOSIS PROGRAM | 0080002811 | |
| HEALTH BLOCK GRANT FUND | 0080002838 | |
| FRUIT OF THE LOOM | 0080002846 | |
| HEALTH FUND | 0080002862 | |
| COMMUNITY CORRECTION ASSISTANCE PROG. | 0080002218 | |
| WIC | 0080002226 | |
| WEED & SEED STRATEGY | 0080002234 | |
| SELF HELP CENTERS | 0080002307 | |

| | | |
|---|---|---|
| LOCAL SOLID WASTE ENFORCEMENT | 0080002315 | |
| ENCUMBERED PRE TRIAL RELEASE | 0080002358 | |
| JUVENILE JUSTICE ALTERNATIVE EDUCATION | 0080002366 | |
| BORDER CHILDREN GRANT | 0080002404 | |
| TEXAS JUVENILE PROBATION COMMISSION | 0080002412 | |
| JUVENILE SERVICES | 0080002463 | |
| D.A. HOT CHECK FEE | 0080003117 | |
| DRUG ENFORCEMENT TASK FORCE | 0080003125 | |
| PARK SYSTEM CAPITAL | | 0084002611 |
| UNLIMITED TAX BOND | | 0084002638 |
| 1995 C O CAPITAL PROJECT | | 0084002646 |
| JAIL CAPITAL IMPROVEMENT | | 0084002654 |
| JUDGE ARTURO SALAS PCT 7-1 | | 0084001585 |
| JUDGE GUALBERTO WEAVER PCT 7-2 | | 0084001593 |
| JUDGE LUIS ROMERO PCT 6 | | 0084001798 |
| JUDGE BENNIE OCHOA PCT 1 | | 0084001941 |
| JUDGE OSCAR DE LA FUENTE PCT 3-1 | | 0084002395 |
| JUDGE SALLIE GONZALEZ PCT 5-1 | | 0084002697 |
| JUDGE DAVID WISE PCT 5-2 | | 0084002700 |
| JUDGE DAVID GARZA-PCT 3-2 | | 0084002689 |
| JUDGE SANTIAGO SALDANA PCT 4 | | 0084003022 |
| LOS INDIOS I & S FUND #780 | | 0084003103 |
| CAMERON COUNTY EMP BFTS-M.O.O. | | 0084002670 |
| CERT OF OBL SERIES 2000 FUND #40 | | 0084001607 |
| VETERANS BOND DEBT RESERVE FUND #760 | | 0084003162 |

| | | |
|---|---|---|
| SAFE & SOBER PROGRAMS FUND #480 | | 0084001623 |
| LOS INDIOS I & S FUND #780 | | 0084002387 |
| ADULT PROBATION DISTRICT FUND #920 | | 0084003073 |
| GENERAL CLAIMS FUND | | 0080003370 |
| CAMERON COUNTY IRRIGATION DIS | 0080001858 | |
| CAMERON COUNTY TAX ASSESSOR | 0084003227 | |
| HARRIS TRACT | 0080004369 | |
| CAMERON COUNTY IRRIGATION DIS | 0080001750 | |
| LOS INDIOS TOLL BRIDGE | | 0080003419 |
| PARK SYSTEM REVENUE | | 0080003427 |
| VICTIMS OF CRIME ACT | 0080004466 | |
| FIFTH ADMINISTRATIVE JUDICIAL REGION OF TEXAS CAMERON COUNTY COURTHOUSE | 0080003508 | |
| JOE G. RIVERA-CAMERON COUNTY CLERK FEE ACCOUNT | 0080002242 | |
| JOE G. RIVERA-CAMERON COUNTY CLERK TRUST ACCOUNT | 0080002250 | |
| CAMERON COUNTY DISTRICT ATTORNEY EMERGENCY IMPREST ACCOUNT | 0080002749 | |
| CAMERON COUNTY DISTRICT ATTORNEY RESTITUTION TRUST ACCOUNT | 0080002757 | |
| CAMERON COUNTY IMPREST FUND | 0080002943 | |
| CAMERON COUNTY HEALTH DEPARTMENT IMPREST FUND | 0080002951 | |
| OMAR LUCIO CAMERON COUNTY SHERIFF FEE ACCOUNT | 0080003052 | |
| OMAR LUCIO CAMERON COUNTY SHERIFF CASH BOND ACCOUNT | 0080003060 | |
| CAMERON COUNTY JAIL COMMISSARY FUND | 0080003079 | |

| | | |
|---|---|---|
| CAMERON COUNTY JAIL INMATES RELEASE ACCOUNT | 0080003087 | |
| CAMERON COUNTY COMMUNITY SUPERVISION AND CORRECTIONS DEPT. TRUST ACCOUNT | 0080003435 | |
| CAMERON COUNTY COMMUNITY SUPERVISION AND CORRECTIONS DEPT. RESTITUTION CENTER TRUST | 0080003443 | |
| CAMERON COUNTY PARK SYSTEMS | 0080001920 | |
| AURORA DE LA GARZA CAMERON COUNTY DISTRICT CLERK TRUST ACCOUNT | 0080003451 | |
| AURORA DE LA GARZA CAMERON COUNTY DISTRICT CLERK FEE ACCOUNT | 0080003478 | |
| AURORA DE LA GARZA CAMERON COUNTY DISTRICT CLERK CHILD SUPPORT ACCOUNT | 0080003486 | |
| CAMERON COUNTY JUDGE OSCAR TULLOS, PCT 2-2 | 0080003516 | |
| CAMERON COUNTY JUDGE TONY TORRES, PCT 2-1 | 0080003524 | |
| CAMERON COUNTY EMPLOYEE BENEFITS | 0080003532 | |
| CAMERON COUNTY JUVENILE PROBATION FEE ACCOUNT DARRELL HESTER, JUVENILE JUSTICE | 0080003540 | |
| TONY YZAGUIRRE, JR. CAMERON COUNTY TAX ASSESSOR COLLECTOR BANKRUPTCY & RESERVE | 0080002986 | |
| TONY YZAGUIRRE. JR. CAMERON COUNTY TAX ASSESSOR COLLECTOR Y TABC TRUST ACCOUNT | 0080002994 | |
| TONY YZAGUIRRE. JR. CAMERON COUNTY TAX ASSESSOR COLLECTOR AD-VALOREM TAX ACCT | 0080003001 | |

| | | |
|---|---|---|
| TONY YZAGUIRRE, JR. CAMERON COUNTY TAX ASSESSOR COLLECTOR VEHICLE REGISTRATION | 0080003028 | |
| TONY YZAGUIRRE, JR. CAMERON COUNTY TAX ASSESSOR COLLECTOR VEHICLE INVENTORY 1999 | 0080003036 | |
| STUDENTS-PARENTS EXTENDED EDUCATION DIVISION | 0080004652 | |
| LAGUNA HEIGHTS DRAINAGE | 0080001963 | |
| SERVICES DIST NO. 1 | 0080004660 | |
| TONY YZAGUIRRE, JR. CAMERON COUNTY TAX VEHICLE INVENTORY TAX VIT 2000 | 0080003575 | |
| INTERNATIONAL TOLL BRIDGE | 0080003419 | |
| PARK SYSTEM REVENUE | 0080003427 | |
| DRUG FORFEITURE | | 0084002603 |
| HOUSING INFRASTRUCTURE | 0080003141 | |
| LRGVDC RECYCLING | 0080003176 | |
| FIFTH JUDICIAL REGION | 0080003184 | |
| ATTORNEY GENERAL CHILD SUPPORT | 0080003192 | |
| TIERRA BONITA, GRANDE ACRED, LA PALOMA | 0080003214 | |
| UNLIMITED TAX BONDS | 0080003222 | |
| LIMITED TAX BONDS | 0080003230 | |
| GE CREDIT EQUIPMENT PURCHASES | 0080003249 | |
| DISASTER RELIEF HOME REPAIRS | 0080003257 | |
| DISASTER RELIEF CONTRACT DEED | 0080003265 | |
| COLONIA COMP. STUDY | 0080003303 | |
| PAID PARKING ENTERPRISE | 0080003346 | |
| LOS TOMATES OPERATING | 0080003354 | |
| LOS TOMATES I & S | 0080003362 | |

| | | |
|---|---|---|
| LOS INDIOS TOLL BRIDGE OPERATING | 0080002498 | |
| INTERNATIONAL TOLL BRIDGE | 0080002528 | |
| INTERNATIONAL TOLL BRIDGE I & S | 0080002536 | |
| 1996 TOLL BRIDGE SERIRES A | 0080002544 | |
| PARK SYSTEM REVENUE | 0080002552 | |
| PARK SYSTEM REVENUE I & S | 0080002560 | |
| PARK SYSTEM REVENUE BOND RESERVE | 0080002579 | |
| PARK SYSTEM REVENUE REPAIR & REPLACE RESERVE | 0080002587 | |
| PARK SYSTEM REVENUE CAPITAL IMPROV. | 0080002595 | |
| CAMERON COUNTY AIRPORT OPERATE | 0080002609 | |
| BAIL BOND SECURITY | 0080002617 | |
| DRUG FORFEITURES | 0080002625 | |
| ADULT PROBATION ISP | 0080002633 | |
| ADULT PROBATION DISTRICT | 0080003095 | |
| ADULT PROBATION CONTRACT MONITOR | 0080002420 | |
| ADULT PROBATION AIP | 0080002439 | |
| ADULT PROBATION RESTITUTION CENTER | 0080002455 | |
| PAYROLL FUND | 0080003389 | |
| JURY CLAIMS FUND | 0080003397 | |
| GENERAL CLAIMS FUND | 0080003370 | |
| CAPITAL IMPROVEMENT | 0080003494 | |
| GENERAL | | 0080003044 |
| SPECIAL ROAD & BRIDGE | | 0080002870 |
| LOST TOMATES OPERATING | | 080002447 |

# FIRST NATIONAL BANK

MEMBER FDIC

## RATE SHEET    07/27/01

Your deposit ...

Based ...

...Interest Rates Subject to Change...

*****Promotional Rates are shown in BOLD.

| TERM | Rate | APY * | Min. Dep. To Open | Min. Bal. For APY |
|---|---|---|---|---|
| Money Mgmt. | 2.25% | 2.27% | $100.00 | $3,000.00 |
| Money Mgmt. | 2.40% | 2.42% | $100.00 | $50,000.00 |
| Money Mgmt. | 2.56% | 2.57% | $100.00 | $100,000.00 |
| Millenium Money Market | 2.25% | 2.27% | $20,000.00 | $0.01 |
| Millenium Money Market | 2.50% | 2.52% | $20,000.00 | $20,000.00 |
| Millenium Money Market | 2.75% | 2.78% | $20,000.00 | $50,000.00 |
| Millenium Money Market | 3.00% | 3.03% | $20,000.00 | $75,000.00 |
| Millenium Money Market | 3.25% | 3.29% | $20,000.00 | $100,000.00 |
| Millenium Money Market | 3.50% | 3.55% | $20,000.00 | $500,000.00 |
| Platinum Money Market | 3.50% | 3.55% | $50,000.00 | $50,000.00 |
| Platinum Money Market | 3.65% | 3.70% | $50,000.00 | $100,000.00 |
| Platinum Money Market | 3.80% | 3.85% | $50,000.00 | $150,000.00 |
| Public Fund Platinum | 4.00% | 4.06% | $0.00 | $0.00 |
| Now Acct. | 1.25% | 1.26% | $100.00 | $1,500.00 |
| Extra Adv. | 1.25% | 1.26% | $1.00 | $1,500.00 |
| Savings | 1.75% | 1.76% | $100.00 | $400.00 |
| Piggy Bank | 1.75% | 1.76% | $10.00 | $10.00 |

### Regular CD's

| TERM | Rate | APY * | Min. Dep. To Open | Min. Bal. For APY | Rate | APY 25 Basis Points |
|---|---|---|---|---|---|---|
| 1 Month | 3.75% | 3.83% | $250.00 | $250.00 | 4.00% | 4.08% |
| 2 Month | 3.80% | 3.87% | $250.00 | $250.00 | 4.05% | 4.14% |
| 3 Month | 3.85% | 3.91% | $250.00 | $250.00 | 4.09% | 4.16% |
| 6 Month | 3.90% | 3.96% | $250.00 | $250.00 | 4.14% | 4.21% |
| 12 Month | 4.00% | 4.06% | $250.00 | $250.00 | 4.24% | 4.31% |
| 18 Month | 4.05% | 4.11% | $250.00 | $250.00 | 4.29% | 4.36% |
| 24 Month | 4.10% | 4.16% | $250.00 | $250.00 | 4.34% | 4.41% |
| 36 Month | 4.20% | 4.27% | $250.00 | $250.00 | 4.45% | 4.52% |
| 38 Month | 4.30% | 4.37% | $250.00 | $250.00 | 4.55% | 4.62% |
| 60 Month | 4.50% | 4.58% | $250.00 | $250.00 | 4.75% | 4.83% |
| 62 Month | 4.75% | 4.83% | $250.00 | $250.00 | 4.99% | 5.08% |

### Jumbo CD's

| TERM | Rate | APY * | Min. Dep. To Open | Min. Bal. For APY | Rate | APY 25 Basis Points |
|---|---|---|---|---|---|---|
| 1 Month | 4.00% | 4.07% | $100,000.00 | $100,000.00 | 4.24% | 4.32% |
| 2 Month | 4.05% | 4.12% | $100,000.00 | $100,000.00 | 4.29% | 4.37% |
| 3 Month | 4.10% | 4.16% | $100,000.00 | $100,000.00 | 4.34% | 4.41% |
| 6 Month | 4.25% | 4.32% | $100,000.00 | $100,000.00 | 4.49% | 4.57% |
| 12 Month | 4.50% | 4.58% | $100,000.00 | $100,000.00 | 4.75% | 4.84% |
| 18 Month | 4.55% | 4.63% | $100,000.00 | $100,000.00 | 4.79% | 4.88% |
| 24 Month | 4.65% | 4.73% | $100,000.00 | $100,000.00 | 4.89% | 4.98% |
| 36 Month | 4.75% | 4.84% | $100,000.00 | $100,000.00 | 5.00% | 5.09% |
| 38 Month | 4.80% | 4.89% | $100,000.00 | $100,000.00 | 5.04% | 5.14% |
| 60 Month | 4.90% | 4.99% | $100,000.00 | $100,000.00 | 5.14% | 5.24% |
| 62 Month | 5.00% | 5.09% | $100,000.00 | $100,000.00 | 5.24% | 5.34% |

### IRA

| TERM | Rate | APY * | Min. Dep. To Open | Min. Bal. For APY |
|---|---|---|---|---|
| 12 Month | 4.91% | 5.00% | $250.00 | $250.00 |
| 24 Month | 5.15% | 5.25% | $250.00 | $250.00 |
| 36 Month | 5.39% | 5.50% | $250.00 | $250.00 |
| 48 Month | 5.63% | 5.75% | $250.00 | $250.00 |
| 60 Month | 5.87% | 6.00% | $250.00 | $250.00 |

*ANNUAL PERCENTAGE YIELDS  INTEREST COMPOUNDED QUARTERLY  INTEREST RATES SUBJECT TO CHANGE
SUBSTANTIAL PENALTY FOR EARLY WITHDRAWAL

7-365 DAYS          90 DAY INT PENALTY

# EXHIBIT "B"

*Saul*

Citation for Personal Service  - GENERAL _____    Lit. Seq. # 5.002.01

No. 2001-08-003600-G

COPY

T H E   S T A T E   O F   T E X A S

NOTICE TO DEFENDANT: You have been sued.  You may employ an attorney.  If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

TO: FIRST NATIONAL BANK OF EDINBURG
    BY SERVING ITS VICE-PRESIDENT
    ERNIE GONZALEZ
    OR ANY OTHER OFFICER
    702 E. LEVEE, BROWNSVILLE, TEXAS 78520

the _____ DEFENDANT _____ , GREETING:

    You are commanded to appear by filing a written answer to the

ORIGINAL PETITION

at or before 10:00 o'clock a.m. of the Monday next after the expiration of 20 days after the date of service of this citation before the Honorable District Court 404th Judicial District of Cameron County, Texas at the Courthouse of said county in Brownsville, Texas.  Said _____ PETITION _____ was filed on AUGUST 08, 2001 .  A copy of same accompanies this citation.

The file number of said suit being No. 2001-08-003600-G.

The style of the case is:

CAMERON COUNTY, TEXAS
VS.
FIRST NATIONAL BANK OF EDINBURG

Said petition was filed in said court by _____ HON. RICHARD BURST _____ (Attorney for _____ PLAINTIFF _____ ), whose address is 964 E. HARRISON ST. BROWNSVILLE, TX 78520 .

    The nature of the demand is fully shown by a true and correct copy of the Petition accompanying this citation and made a part hereof.

    The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

    Issued and given under my hand and seal of said Court at Brownsville, Texas, this the 8th day of _____ AUGUST _____ , A.D. 2001 .

_____ AURORA DE LA GARZA _____ , DISTRICT CLERK
Cameron County, Texas
974 E. Harrison St.
Brownsville, Texas 78521

By: _____ , Deputy

RETURN OF OFFICER

Came to hand the _8_ day of _August_, _2001_, at _2:00_ o'clock _P_.M., and
(executed) (not executed) on the _9_ day of _August_, _2001_, by delivering to
_Ernie Gonzalez_ in person a true copy of this Citation,
upon which I endorsed the date of delivery, together with the accompanying copy
of the _Original Petition_.

Cause of failure to execute this citation is: _____

---

FEES serving 1 copy

Total....... $_____

Fees paid by:_____

ABEL PEREZ JR.
~~Constable Pct. 2~~
Sheriff/constable Cameron County County, TEXAS

By _Luis Vargas #925_ Deputy

FILED ___3:10___ O'CLOCK _____;
AURORA DE LA GARZA DIST. CLERK

AUG 2 9 2001

DISTRICT COURT OF CAMERON COUNTY TEXAS
_____ DEPUT

## CAUSE NO. 2001-08-3600-G

| | | |
|---|---|---|
| CAMERON COUNTY, TEXAS | * | IN THE DISTRICT COURT |
| | * | |
| VS. | * | CAMERON COUNTY, TEXAS |
| | * | |
| FIRST NATIONAL BANK OF EDINBURG | * | 404th JUDICIAL DISTRICT |

## DEFENDANT'S ORIGINAL ANSWER AND JURY DEMAND

### TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW FIRST NATIONAL BANK OF EDINBURG, Defendant in the above entitled and numbered cause, and files this its Original Answer and Jury Demand in response to Plaintiff's Original Petition, and in support thereof would show the Court as follows:

### I.

### GENERAL DENIAL

Defendant First National Bank of Edinburg herein avails itself of the opportunity provided by Rule 92 of the Texas Rules of Civil Procedure to file a general denial herein; and in compliance with said Rule, Defendant denies each and every, all and singular, the material allegations contained in Plaintiff's live pleading, and states that these are matters that should be proven by Plaintiff as required by law; and Defendant would require strict proof thereof.

### II.

### JURY DEMAND

Defendant hereby requests a trial by jury and tenders its jury fee herewith.

WHEREFORE, PREMISES CONSIDERED, Defendant First National Bank of Edinburg prays that Plaintiff's Original Petition be dismissed in its entirety; that Defendant have judgment thereon, recovering its attorney's fees; and for such other and further relief to which Defendant may show itself justly entitled to receive.

Respectfully submitted,

RODRIGUEZ, COLVIN & CHANEY, L.L.P.

By: _____
Norton A. Colvin, Jr.
State Bar No. 04632100
1201 East Van Buren
Post Office Box 2155
Brownsville, Texas 78522
(956) 542-7441
Fax (956) 541-2170

ATTORNEYS FOR DEFENDANT,
FIRST NATIONAL BANK OF EDINBURG

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Defendant's Original Answer and Jury Demand was served upon all counsel of record, to-wit:

Richard O. Burst
Dylbia L. Jefferies
Civil Legal Department Commissioners Court
964 East Harrison
Brownsville, Texas 78520
Attorneys for Plaintiff

by certified mail, return receipt requested, facsimile transmission, and/or hand delivery, pursuant to the Texas Rules of Civil Procedure, on this the _29th_ day of August, 2000.

_____
Norton A. Colvin, Jr.

## CAUSE NO. 2001-08-3600-G

| | | |
|---|---|---|
| CAMERON COUNTY, TEXAS | * | IN THE DISTRICT COURT |
| | * | |
| VS. | * | CAMERON COUNTY, TEXAS |
| | * | |
| FIRST NATIONAL BANK OF EDINBURG | * | 404th JUDICIAL DISTRICT |

## NOTICE TO THE DISTRICT CLERK OF FILING
## OF NOTICE OF REMOVAL

TO:   HONORABLE AURORA DE LA GARZA
      Cameron County District Clerk
      Cameron County Courthouse
      974 East Harrison
      Brownsville, Texas 7850

You will please take notice that Defendant First National Bank of Edinburg has filed in the United States District Court for the Southern District of Texas, Brownsville Division, a notice of removal of the cause styled: <u>Cameron County, Texas v. First National Bank of Edinburg,</u>, originally filed in the 404th Judicial District Court of Cameron County, Texas, Cause Number 2001-08-3600-G, to the United States District Court for the Southern District of Texas, Brownsville Division, and that a true and correct copy of said Notice of Removal is being filed with the Clerk of the 404th Judicial District Court to thereby effect a removal to said District Court of the United States, and that the State Court shall proceed no further, unless the cause is remanded. A copy of said notice of removal is attached to this notice.

WITNESS the signature of Defendants, through their attorney, on this the 30 day of August, 2001.

Respectfully submitted,

RODRIGUEZ, COLVIN & CHANEY, L.L.P.

By: _____
      Norton A. Colvin, Jr.
      Attorney-in-Charge
      State Bar No. 04632100
      Federal Admissions No. 1941
      1201 East Van Buren
      Post Office Box 2155
      Brownsville, Texas 78522
      (956) 542-7441
      Fax (956) 541-2170

ATTORNEYS FOR DEFENDANT,
FIRST NATIONAL BANK OF EDINBURG

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Notice to District Clerk of Filing of Notice of Removal was served upon all counsel of record, to-wit:

      Richard O. Burst
      Dylbia L. Jefferies
      Civil Legal Department Commissioners Court
      964 East Harrison
      Brownsville, Texas 78520
      Attorneys for Plaintiff

by certified mail, return receipt requested, hand delivery, and/or facsimile transmission pursuant to the Texas Rules of Civil Procedure, on this the _30_ day of August, 2001.

_____
Norton A. Colvin, Jr.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CAMERON COUNTY, TEXAS | * | **B-01-146** |
| | * | |
| VS. | * | CIVIL ACTION NO. _____ |
| | * | |
| FIRST NATIONAL BANK OF EDINBURG | * | |

## NOTICE TO THE PLAINTIFF OF FILING
## OF NOTICE OF REMOVAL

TO:   CAMERON COUNTY, TEXAS, Plaintiff, and its attorneys:
Richard O. Burst
Dylbia L. Jefferies
Civil Legal Department Commissioners Court
964 East Harrison Street
Brownsville, Texas 78520

PURSUANT to Title 28 U.S.C., Section 1446(d), as amended, you are hereby notified that on the 30th day of August, 2001, in the above styled and numbered cause (being Cause Number 2001-08-3600-G in the 404th Judicial District Court of Cameron County, Texas), FIRST NATIONAL BANK OF EDINBURG filed its Notice of Removal in the United States District Court for the Southern District of Texas, Brownsville Division. Copies of such Notice and other papers so filed are attached hereto.

Respectfully submitted,

RODRIGUEZ, COLVIN & CHANEY, L.L.P.

By: _____
Norton A. Colvin, Jr. *by permission McCutchen*
Attorney in Charge
State Bar No. 04632100
Federal Admissions No. 1941
1201 East Van Buren
Post Office Box 2155
Brownsville, Texas 78522
(956) 542-7441
Fax (956) 541-2170

ATTORNEYS FOR DEFENDANT

United States District Court
Southern District of Texas
RECEIVED   FILED

AUG 30 2001

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

CAMERON COUNTY, TEXAS                          *

                                               *

VS.                                            *         CIVIL ACTION NO. _____

                                               *

FIRST NATIONAL BANK OF EDINBURG                *
QUEZADA                                        *

B-01-146

## INDEX OF DOCUMENTS FILED

1.   Civil Cover Sheet

2.   Notice of Removal with following attachments:

      a.   State Court's Docket Sheet
      b.   Plaintiff's Original Petition
      c.   Citation served on First National Bank of Edinburg
      d.   Defendant's Original Answer and Jury Demand

3.   Notice to Plaintiff of Filing of Notice of Removal

4.   Notice to District Clerk of Filing of Notice of Removal

5.   Index of Attorneys

6.   Index of Documents Filed

7.   Order for Conference and Disclosure of Interested Parties



United States District Court
Southern District of Texas
FILED

**AUG 3 0 2001**

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

CAMERON COUNTY, TEXAS     *
                               *

VS.                                       *
                               *

FIRST NATIONAL BANK OF EDINBURG     *

**B-01-146**

CIVIL ACTION NO. _____

## INDEX OF ATTORNEYS

1.     Richard O. Burst
      State Bar No. 00785586
      Federal Admissions No. unknown
      Dylbia L. Jefferies
      State Bar No. 00786516
      Federal Admissions No. unknown
      Civil Legal Department Commissioners Court
      964 East Harrison
      Brownsville, Texas 78520
      (956) 550-1345
      Fax (956) 550-1348
      Attorneys for Plaintiff Cameron County, Texas

2.     Norton A. Colvin, Jr.
      State Bar No. 04632100
      Federal Admissions No. 1941
      Rodriguez, Colvin & Chaney, L.L.P.
      1201 East Van Buren
      Post Office Box 2155
      Brownsville, Texas 78522
      (956) 542-7441
      Fax (956) 541-2170
      Attorneys for Defendant First National Bank of Edinburg