4

United States District Court
Southern District of Texas
FILED

SEP 17 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CAMERON COUNTY, TEXAS | * | |
| | * | |
| VS. | * | CIVIL ACTION NO. B-01-146 |
| | * | |
| FIRST NATIONAL BANK OF EDINBURG | * | |

## CERTIFICATE OF FINANCIALLY INTERESTED PERSONS

COMES NOW FIRST NATIONAL BANK OF EDINBURG, Defendant herein, and files this Certificate of Financially Interested Persons and states that, at this time, in addition to the parties named in this lawsuit, it is unaware of any other persons, associates of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities who may be financially interested in the outcome of this litigation.

Respectfully submitted,

RODRIGUEZ, COLVIN & CHANEY, L.L.P.

By: _____
Norton A. Colvin, Jr.
Attorney-in-Charge
State Bar No. 04632100
Federal Admissions No. 1941
1201 East Van Buren
Post Office Box 2155
Brownsville, Texas 78522
(956) 542-7441
Fax (956) 541-2170

ATTORNEYS FOR DEFENDANT,
FIRST NATIONAL BANK OF EDINBURG

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Defendant First National Bank of Edinburg's Certificate of Financially Interested Persons was served upon all counsel of record, to-wit:

> Richard O. Burst
> Dylbia L. Jefferies
> Civil Legal Department Commissioners Court
> 964 East Harrison
> Brownsville, Texas 78520
> Attorneys for Plaintiff

by certified mail, return receipt requested, hand delivery, and/or facsimile transmission pursuant to the Federal Rules of Civil Procedure, on this the 17th day of September, 2001.

_____
Norton A. Colvin, Jr.