

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

SEP 1 8 2001

| | | |
|---|---|---|
| CAMERON COUNTY, TEXAS | ) | |
| | ) | CIVIL ACTION NO. B-01-146 |
| VS. | ) | |
| | ) | |
| FIRST NATIONAL BANK OF EDINBURG | ) | |

## CAMERON COUNTY'S DISCLOSURE OF INTERESTED PARTIES

Cameron County files this its list of interested parties:

Plaintiff:  Cameron County, Texas

Plaintiff's Attorney:
Mr. Richard O. Burst
964 E Harrison
Brownsville, Texas 78520
(956) 550-1345

Defendant:  First National Bank of Edinburg

Defendant's Attorney:
Norton A. Colvin
1201 East Van Buren
Post Office Box 2155
Brownsville, Texas 78522
(956) 542-7441

Respectfully submitted,

CIVIL LEGAL DEPARTMENT
COMMISSIONERS COURT
964 East Harrison Street
Brownsville, Texas 78520
Telephone: (956) 550-1345
Facsimile   (956) 550-1348

BY: _____
Richard O. Burst
Attorney In Charge
Texas State Bar #00785586
S.D. No. 15515

Dylbia L. Jefferies
Of Counsel
Texas State Bar #00786516
S D. No. 17065

## CERTIFICATE OF SERVICE

I, Richard O. Burst, do hereby certify that on this 18th of September, 2001, a true and correct copy of the foregoing Certificate of Interested Parties has been mailed to:

Norton A. Colvin, Jr.
RODRIGUEZ, COLVIN & CHANEY, L.L.P.
1201 East Van Buren
P O Box 2155
Brownsville, Texas 78522

_____
Richard O Burst